IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

NESARALLI ENTERPRISES, INC. d/b/a
SOLOMON'S AUTO BODY,

    Plaintiff,                                         CASE NO:

vs.

ALLIED INSURANCE COMPANY
OF AMERICA,

    Defendant.
_____/

## COMPLAINT

**COMES NOW**, Plaintiff, NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY, by and through the undersigned counsel, and hereby sues Defendant, ALLIED INSURANCE COMPANY OF AMERICA, and alleges the following:

1. This is an action for breach of contract with damages exceeding Thirty Thousand Dollars ($30,000.00), exclusive of attorneys' fees, interest and costs.

2. At all times material hereto, Defendant, ALLIED INSURANCE COMPANY OF AMERICA (hereinafter referred to as "ALLIED"), was and is an insurance company licensed and authorized to conduct and do business in the State of Florida, with agents conducting business transaction in Orange County, Florida.

3. Jurisdiction and venue are proper in Orange County, Florida.

4. All conditions precedent to the initiation and prosecution of this lawsuit have been performed, have occurred or have been waived.

5. On or about July 19, 2019, Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY business property located at 14451 W. Colonial Drive, Winter

Garden, Florida (hereinafter referred to as the "property") sustained extensive damages as a result of wind and rain.

6. At said times and place, Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY business property was insured under a policy of insurance issued by Defendant, ALLIED, bearing upon information and belief, policy number ACP BPAL3018601702. *Attached hereto as Exhibit "A" is a copy of the Insurance Policy.*

7. The Insurance Policy provided for payment of benefits for damage caused to Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY's property, other structures, personal property and for the loss of use of said property as a result of a covered loss.

8. Plaintiff, NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY, timely notified Defendant, ALLIED, of the loss and otherwise performed all conditions precedent to entitle Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY to coverage and benefits under said policy of insurance.

*9.* Despite demand for payment, Defendant, ALLIED, has failed and refused to pay the full benefits necessary to repair Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY's property, and to repair or replace those items which were specifically damaged as a result of this loss.

10. The subject policy of insurance constitutes a written contract.

11. By failing to pay for Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY's loss, Defendant ALLIED has breached the contract of insurance.

12. Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY has been damaged as a result of Defendant ALLIED's breach in the form of insurance proceeds that have not been paid, interest, costs and attorney's fees.

13. As a result of Defendant ALLIED's breach of contract, Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY has been required to retain the services of the undersigned counsel for the purposes of prosecuting this action and have agreed to pay counsel a reasonable fee for services.

14. Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY is entitled to recover attorney's fees and costs under §627.428, Florida Statutes.

**WHEREFORE**, Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY, hereby requests this Court to enter final judgment in favor of Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY and against Defendant, ALLIED INSURANCE COMPANY OF AMERICA**,** for the full amount of Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY's damages for structural damage, damage to contents, and damages for loss of use, and awarding Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY, interest, attorney's fees and costs pursuant to Florida Statutes §627.428, and whatever other relief the court deems appropriate.

Plaintiff NESARALLI ENTERPRISES, INC. d/b/a SOLOMON'S AUTO BODY hereby demands a jury trial on all issues triable.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Florida Courts E-Filing Portal System this 24th day of June, 2020, and copies furnished by initial Service of Process.

*/s/ Joseph M. DeFranco*
Joseph M. DeFranco, Esquire
Florida Bar No.:   20526
HOGAN & HOGAN, P.A
906 East Michigan Street
Orlando, FL 32806
Tel. 407.422.2188
Fax 407.422.3291
Email Designation:
jdefranco@hoganlegal.com;
wgonzalez@hoganlegal.com;
scunningham@hoganlegal.com
Attorneys for Plaintiff